Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−16884−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Kellum                                      Tina Kellum
   9 Lawrence Lane                                     9 Lawrence Lane
   Westampton, NJ 08060                                Westampton, NJ 08060

Social Security No.:
   xxx−xx−0173                                         xxx−xx−4262

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/10/25
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 1, 2025
JAN: pbf

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-16884-MEH
Gregory Kellum  Chapter 13
Tina Kellum
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jul 01, 2025    Form ID: 132    Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Kellum, Tina Kellum, 9 Lawrence Lane, Westampton, NJ 08060-3746 |
| 520710277 | + | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2025 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520710275 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 01 2025 21:27:00 | Affinity FCU, 73 Mountain View Blvd, Building 200, Basking Ridge, NJ 07920-2332 |
| 520710276 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2025 21:45:10 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520710278 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2025 21:33:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520710279 | + | Email/Text: EBN@Mohela.com | Jul 01 2025 21:26:00 | Mohela/Navient, 633 Spirt of Saint Louis Blvd, Chesterfield, MO 63005-1006 |
| 520710280 | ^ | MEBN | Jul 01 2025 21:25:54 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520710281 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2025 21:45:30 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520710282 | + | Email/Text: bankruptcy@rubinrothman.com | Jul 01 2025 21:26:00 | Rubin & Rothman lLC, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 520710283 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2025 21:27:00 | SPS*, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520710284 | + | Email/Text: bankruptcy@bbandt.com | Jul 01 2025 21:27:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 01, 2025 | Form ID: 132 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Gregory Kellum brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Tina Kellum brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4