Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−16884−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Kellum                                              Tina Kellum
   9 Lawrence Lane                                       9 Lawrence Lane
   Westampton, NJ 08060                       Westampton, NJ 08060

Social Security No.:
   xxx−xx−0173                                                 xxx−xx−4262

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 11, 2025.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2025
JAN: mmf

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16884-MEH |
| Gregory Kellum | Chapter 13 |
| Tina Kellum | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 11, 2025 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Kellum, Tina Kellum, 9 Lawrence Lane, Westampton, NJ 08060-3746 |
| 520710277 | + | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2025 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2025 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Sep 11 2025 21:08:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520710275 | + | Email/Text: bankruptcycare@affinityfcu.com | Sep 11 2025 21:08:00 | Affinity FCU, 73 Mountain V iew Blvd, Building 200, Basking Ridge, NJ 07920-2332 |
| 520750174 | + | Email/Text: rmcdowell@slgcollect.com | Sep 11 2025 21:08:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520710276 | + | EDI: CAPITALONE.COM | Sep 12 2025 00:46:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520758114 | + | EDI: AIS.COM | Sep 12 2025 00:46:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520801330 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2025 21:09:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520780329 | | EDI: JEFFERSONCAP.COM | Sep 12 2025 00:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520723121 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:13:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520749971 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2025 21:12:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520710278 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2025 21:12:43 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520710279 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 11 2025 21:14:31 | Mohela/Navient, 633 Spirt of Saint Louis Blvd, Chesterfield, MO 63005-1006 |
| 520760887 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2025 21:07:00 | New Jersey Turnpike Authority, Ramon de la |

District/off: 0312-3 User: admin Page 2 of 3
Date Rcvd: Sep 11, 2025 Form ID: 148 Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| | | | | Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520791369 | | EDI: PRA.COM | Sep 12 2025 00:46:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520710280 | ^ | MEBN | Sep 11 2025 20:57:28 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520710281 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:13:06 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520710282 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 11 2025 21:07:00 | Rubin & Rothman lLC, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 520710283 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2025 21:09:00 | SPS*, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520710284 | + | Email/Text: bankruptcy@bbandt.com | Sep 11 2025 21:08:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520746766 | + | Email/Text: bankruptcy@bbandt.com | Sep 11 2025 21:08:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520794388 | + | EDI: AIS.COM | Sep 12 2025 00:46:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian J. Schaffer | on behalf of Creditor Affinity Federal Credit Union bschaffer@slgcollect.com anovoa@slgcollect.com |
| Bruce C. Truesdale | on behalf of Debtor Gregory Kellum brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Tina Kellum brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans |

Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca K. McDowell on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7